UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

FILED

2005 JUN -7 P 1:55

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) No. 1:05-cr-67 |
| v. | ) (Judge Collier/Lee) |
| DANIEL JAMES SCHERTZ, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about April 1, 2005, in the Eastern District of Tennessee, Defendant DANIEL JAMES SCHERTZ did knowingly and unlawfully make firearms, that is, "destructive devices" within the meaning of Title 26, United States Code, Section 5845(f).

[Title 26, United States Code, Section 5861(f)]

### COUNT TWO

The Grand Jury further charges that on or about April 1, 2005, in the Eastern District of Tennessee, Defendant DANIEL JAMES SCHERTZ did knowingly possess firearms, that is, "destructive devices" within the meaning of Title 26, United States Code, Section 5845(f), which were not registered to him in the National Firearms Registration and Transfer Record.

[Title 26, United States Code, Section 5861(d)]

### COUNT THREE

The Grand Jury further charges that on or about April 1, 2005, in the Eastern District of Tennessee, Defendant DANIEL JAMES SCHERTZ did knowingly and unlawfully

transfer firearms, that is, "destructive devices" within the meaning of Title 26, United States Code, Section 5845(f).

[Title 26, United States Code, Section 5861(e)]

## COUNT FOUR

The Grand Jury further charges that on or about April 1, 2005, in the Eastern District of Tennessee, Defendant DANIEL JAMES SCHERTZ did teach and demonstrate the making and use of an explosive, destructive device and weapon of mass destruction, with the intent that the teaching, demonstration and information be used for, and in furtherance of, an activity that constitutes a federal crime of violence, that is, a violation of Title 18, United States Code, Sections 245 (interference with civil rights) and 844(d) (interstate transportation of explosives with intent to kill or injure).

[Title 18, United States Code, Section 842(p)]

## COUNT FIVE

The Grand Jury further charges that on or about April 1, 2005, in the Eastern District of Tennessee, Defendant DANIEL JAMES SCHERTZ did knowingly transfer explosive materials, knowing and having reasonable cause to believe that such explosive materials will be used to commit a crime of violence; that is, a violation of Title 18, United States Code, Sections 245 (interference with civil rights) and 844(d) (interstate transportation of explosives with intent to kill or injure).

[Title 18, United States Code, Section 844(o)]

## COUNT SIX

The Grand Jury further charges that on or about April 1, 2005, in the Eastern District of Tennessee, Defendant DANIEL JAMES SCHERTZ did possess, in and affecting commerce, a firearm, that is, a Ruger pistol, while subject to a court order that restrained him from harassing, stalking, or threatening an intimate partner of such person or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child.

[Title 18, United States Code, Section 922(g)(8)]

A True Bill:

Michelle Greene
Foreperson

Harry S. Mattice, Jr.
United States Attorney

By: _____
James T. Brooks
Assistant U.S. Attorney

3