Revised 05/03

# U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

JUDGMENT: Case No. _1:05-cr-67_ USA v. _Daniel Schertz_

PRESENT: Honorable _Curtis L. Collier_ U.S. District Judge/~~U.S. Magistrate Judge~~

_James Brooks_    _Mike Caputo_ App/Ret    _Gary Turney_
Assistant U.S. Attorney        Attorney for Defendant        Probation Officer

_Cyndee Palmer_   _Elizabeth Coffey_
Deputy Clerk        Court Reporter        Interpreter

PROCEEDINGS: ✗ Plea Agreement accepted by Court    PSR guidelines are ✗ accurate ____ as modified ✗ PSR SEALED

___ Govt/Deft motion for downward departure: ___granted ___denied    ✗ Govt motion for third point reduction for acceptance
upward departure:___granted ___denied        of responsibility ✗ granted ___denied

TESTIMONY BY: _____

DEFT COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR TERM OF _170_ MONTHS. This term consists of:

_120 months on Ct. 5; 50 months on each of Cts. 1-4 + 6_

DEFT PLACED ON SUPERVISED RELEASE/PROBATION FOR TERM OF ____3____ YEARS. This term consists of:

_3 yrs on each of Cts. 1-6_

CONDITIONS OF SUPERVISED RELEASE/PROBATION: Deft shall
✗ report to Probation Officer w/in 72 hours of release
✗ not commit another federal, state or local crime
✗ abide by standard conditions on Local Rule 83.10
✗ not possess a firearm or other destructive device
✗ not illegally possess or use a controlled substance
___ pay any financial penalty due
___ participate in program of mental health treatment
and waive all rights to confidentiality regarding treatment
___ participate in program of anger management treatment and waive all rights to confidentiality regarding treatment
___ comply with any BICE deportation orders
___ for a period of ten years, anytime the deft is outside the U.S., supervised release will be tolled
___ deft shall report to nearest probation office w/in 48 hours of reentry in the U.S.
___ supervised release shall commence upon reentry if tolling period has not expired

___ participate in program of testing/treatment for drug/alcohol abuse
___ provide Probation Office with access to any required financial info
___ not incur new credit charges or open additional lines of credit
___ wear electronic device and pay for service at prevailing rate
___ maintain telephone w/out any special services or devices
___ perform ____ hours of community service
✗ participate in collection of DNA

OTHER CONDITIONS: _submit person, vehicle, residence to search_

___ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment facility

OTHER RECOMMENDATIONS: _____

RESTITUTION: _____

___ Interest waived    ___ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

FINE:_____    SPECIAL ASSESSMENT: _$600=_    ✗ Pmt due immediately ___Interest waived

✗ Court waived fine due to deft's inability to pay    ___Deft informed of right to appeal ___Remaining counts dismissed

Deft ___ remanded to custody of U.S. Marshal ✗ remained in custody ___ remained on bond

Time: _2:50_ to _3:10_        Date: _11/4/05_

Case 1:05-cr-00067   Document 26   Filed 11/04/05   Page 1 of 1   PageID #: <pageID>